NUMBER 13-03-462-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG
________________________________________________________
 
LAWRENCE BROWN, JR.,                                                  Appellant,

v.

KAREN L. BROWN,                                                            Appellee.
________________________________________________________

On appeal from the 267th District Court
of Goliad County, Texas.
_________________________________________________________

MEMORANDUM OPINION

Before Justices Hinojosa, Yañez, and Garza
Opinion Per Curiam

         Appellant, LAWRENCE BROWN, JR., perfected an appeal from a judgment
entered by the 267th District Court of Goliad County, Texas, in cause number 02-10-8433-DV. After the notice of appeal was filed, appellant filed a motion to dismiss the
appeal. In the motion, appellant states that he no longer wishes to prosecute this
appeal. Appellant requests that this Court dismiss the appeal.
         The Court, having considered the documents on file and appellant’s motion to
dismiss the appeal, is of the opinion that the motion should be granted. Appellant’s
motion to dismiss is granted, and the appeal is hereby DISMISSED.
                                                               PER CURIAM
Opinion delivered and filed this
the 4th day of March, 2004.